Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | ) |
| | ) |
| *Donald Whitman, et al. v. Pfizer Inc* | ) **MDL NO. 1699** |
| (06-1350 CRB) | ) **District Judge:  Charles R. Breyer** |
| | ) |
| *Mildred Hance v. Pfizer Inc, et al.* | ) |
| (06-1718 CRB) | ) |
| | ) |
| *William Lopez, et al. v. Astra Merck, Inc., et al.* | ) **STIPULATION AND ORDER OF** |
| (06-2621 CRB) | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| *Rafaela Roman Velez, et al. v. Astra Merck, Inc., et al.* | ) |
| (06-2649 CRB) | ) |
| | ) |
| *Luis R. Carrion Velez, et al. v. Astra Merck, Inc., et al.* | ) |
| (06-2658 CRB) | ) |
| | ) |
| *Teresita Falcon Matos, et al. v. Astra Merck, Inc., et al.* | ) |
| (06-2660 CRB) | ) |
| | ) |
| *Ronny Maria Sanders, et al. v. Pfizer Inc* | ) |
| (06-2681 CRB) | ) |
| | ) |
| *Lori Sargent et al. v. Pfizer Inc* | ) |
| (06-3675 CRB) | ) |
| | ) |
| *James Hall, et al. v. Pfizer Inc* | ) |
| (06-3676 CRB) | ) |
| | ) |
| *John Hayhurst v. Pfizer Inc, et al.* | ) |

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

1  (06-3758 CRB)                                          )

2  Bill Casillas, et al. v. Pfizer Inc, et al.            )
   (06-3958 CRB)                                          )
3                                                         )
   Patricia Knudsen v. Pfizer Inc, et al.                 )
4  (06-4043 CRB)                                          )
                                                          )
5  Betty Moncrief, et al. v. Pfizer Inc, et al .          )
   (06-4100 CRB)                                          )
6                                                         )
   Annette Edelen, et al. v. Pfizer Inc, et al.           )
7  (06-4147 CRB)                                          )
                                                          )
8  Debbie Mitchell v. Pfizer Inc, et al.                  )
   (06-4296 CRB)                                          )
9                                                         )
   Joseph Gastaldi, et al. v. Pfizer Inc, et al.          )
10 (06-4362 CRB)                                          )

11 Demetrio Rubio v. Pfizer Inc, et al.                   )
   (06-4449 CRB)                                          )
12                                                        )
   Earlene McBride, et al. v. Pfizer Inc, et al.          )
13 (06-4462 CRB)                                          )
                                                          )
14 Louis Walkingstick, et al. v. Pfizer Inc, et al.       )
   (6-4463 CRB)                                           )
15                                                        )
   Virginia Thorne v. Pfizer Inc, et al.                  )
16 (06-4464 CRB)                                          )

17 Rojelio Longoria, et al. v. Pfizer Inc, et al.         )
   (06-4586 CRB)                                          )
18                                                        )
   Annie White, et al. v. Pfizer Inc, et al.              )
19 (06-4678 CRB)                                          )

20 Martha Stevens, et al. v. Pfizer Inc, et al.           )
   (06-4920 CRB)                                          )
21                                                        )
   Janette Smith v. Pfizer Inc, et al.                    )
22 (06-4977 CRB)                                          )

23 Roselie Atkins, et al. v. Pfizer Inc, et al.           )
   (06-5272 CRB)                                          )
24                                                        )
   Dawna Garza v. Pfizer Inc, et al.                      )
25 (06-5416 CRB)                                          )

26 Ralph Adams, et al. v. Pfizer Inc, et al.              )
   (06-5591 CRB)                                          )
27                                                        )
   Albert Leong v. Pfizer Inc, et al.                     )
28 (06-5666 CRB)                                          )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | |
|---|---|
| 1 | |
| 2 | *Catherine Connolly, et al. v. Pfizer Inc, et al.* (06-5738 CRB) ) |
| 3 | *Randy Masker, et al. v. Pfizer Inc, et al.* (06-5739 CRB) ) |
| 4 | |
| 5 | *Charlie Rhome, et al. v. Pfizer Inc, et al.* (06-5740 CRB) ) |
| 6 | *Paulette Balda, et al. v. Pfizer Inc, et al.* (06-5765 CRB) ) |
| 7 | |
| 8 | *William Halpin, et al. v. Pfizer Inc, et al.* (06-5777 CRB) ) |
| 9 | *Patricia Howard, et al. v. Pfizer Inc, et al.* (06-5916 CRB) ) |
| 10 | |
| 11 | *Alice Ryan, et al. v. Pfizer, Inc, et al.* (06-5917 CRB) ) |
| 12 | *William Coleman, et al. v. Pfizer Inc, et al.* (06-5918 CRB) ) |
| 13 | |
| 14 | *Monica Mittag, et al. v. Pfizer Inc, et al.* (06-5919 CRB) ) |
| 15 | *Cynthia Smith, et al. v. Pfizer Inc, et al.* (06-5963 CRB) ) |
| 16 | |
| 17 | *John Roof v. Pfizer Inc, et al.* (06-5964 CRB) ) |
| 18 | *Lynda Jack, et al. v. Pfizer Inc, et al.* (06-5965 CRB) ) |
| 19 | |
| 20 | *Ernest Grant v. Pfizer Inc, et al.* (06-5970 CRB) ) |
| 21 | *Alice L. Pettit, et al. v. Pfizer Inc, et al.* (06-5973 CRB) ) |
| 22 | |
| 23 | *Wade Smith, et al. v. Pfizer Inc, et al.* (06-5975 CRB) ) |
| 24 | *Richard Gilmore, et al. v. Pfizer Inc, et al.* (06-5977 CRB) ) |
| 25 | |
| 26 | *Sergio Estrada v. Pfizer Inc, et al.* (06-5978 CRB) ) |
| 27 | *John Vallee, et al. v. Pfizer Inc, et al.* (06-5981 CRB) ) |
| 28 | |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.*<br>(06-5983 CRB) | ) |
| 2 | | ) |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.*<br>(06-6058 CRB) | ) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.*<br>(06-6059 CRB) | ) |
| 5 | | ) |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.*<br>(06-6060 CRB) | ) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.*<br>(06-6061 CRB) | ) |
| 8 | | ) |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.*<br>(06-6062 CRB) | ) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.*<br>(06-6064 CRB) | ) |
| 11 | | ) |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.*<br>(06-6065 CRB) | ) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.*<br>(06-6066 CRB) | ) |
| 14 | | ) |
| 15 | *Mark Childs v. Pfizer Inc, et al.*<br>(06-6067 CRB) | ) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.*<br>(06-6068 CRB) | ) |
| 17 | | ) |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.*<br>(06-6070 CRB) | ) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.*<br>(06-6071 CRB) | ) |
| 20 | | ) |
| 21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.*<br>(06-6073 CRB) | ) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.*<br>(06-6075 CRB) | ) |
| 23 | | ) |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.*<br>(06-6083 CRB) | ) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.*<br>(06-6084 CRB) | ) |
| 26 | | ) |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.*<br>(06-6087 CRB) | ) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* | ) |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1    (06-6088 CRB)                  )

2    *Lynn Hodges, et al. v. Pfizer Inc, et al.*  )
      (06-6089 CRB)                 )

3

4    *Willie Vaughn v. Pfizer Inc, et al.*    )
      (06-6092 CRB)                 )

5    *Pauline Swihart, et al. v. Pfizer Inc, et al.*  )
      (06-6093 CRB)                 )

6

7    *Douglas Horton v. Pfizer Inc, et al.*   )
      (06-6094 CRB)                 )

8    *June N. Bell v. Pfizer Inc, et al.*     )
      (06-6095 CRB)                 )

9

10    *Jerry Rice, et al. v. Pfizer Inc, et al.*   )
      (06-6096 CRB)                 )

11    *Stephen Bryan, et al. v. Pfizer Inc, et al.*  )
      (06-6097 CRB)                 )

12

13    *Steven Woods, et al. v. Pfizer Inc, et al.*  )
      (06-6098 CRB)                 )

14    *Brad Lovitt, et al. v. Pfizer Inc, et al.*   )
      (06-6116 CRB)                 )

15

16    *April Froehlich, et al. v. Pfizer Inc, et al.*  )
      (06-6117 CRB)                 )

17         Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20 each side bearing its own attorneys' fees and costs.

21

22

23

24

25

26

27

28

-5-

DATED: 10 - 29 , 2009        By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2 , 2009        By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009        _____
Hon. Charles R. Breyer
United States District Court

-6-

PFZR/1035934/112560v.1

EAST\42581180.1